HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
VICTOR CHAVEZ, CA Bar #113752
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
GONZALO PIMENTEL LOPEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:15-cr-00205-AWI-BAM |
| Plaintiff, | |
| vs. | STIPULATION TO MODIFY TERM OF PRETRIAL RELEASE; ORDER |
| GONZALO PIMENTEL LOPEZ, | |
| Defendant. | |

**IT IS HEREBY STIPULATED** by and between the parties through their respective counsel, Assistant United States Attorney Vincenza Rabenn, counsel for plaintiff, and Assistant Federal Defender Victor Chavez, counsel for Defendant Gonzalo Pimentel Lopez, that the pretrial release condition requiring the posting of a $5,000 cash bond may be modified to require the posting of a $4,000 cash bond.

On September 28, 2015, this Court ordered Mr. Lopez released on conditions, including the posting of a $5,000 cash bond. Mr. Lopez's wife was able to borrow the $5,000 from a family member. However, as Mr. Lopez is the sole breadwinner for his family, his wife needed to use $1,000 of the borrowed money to pay August rent.

Mr. Lopez respectfully requests that the Court modify the pretrial condition to require the posting of a $4,000 cash bond, rather than a $5,000 cash bond. All other conditions will remain

Lopez Stipulation and Proposed Order

in full force and effect.  Both counsel for the government as well as the Pretrial Services Officer do not object to this modification.

Respectfully submitted,

BENJAMIN B. WAGNER
United States Attorney

DATED: August 6, 2015                    By:    */s/ Vincenza Rabenn*
                                                VINCENZA RABENN
                                                Assistant United States Attorney
                                                Attorney for Plaintiff


                                                HEATHER E. WILLIAMS
                                                Federal Defender

DATED: August 6, 2015                    By:    */s/ Victor Chavez*
                                                VICTOR CHAVEZ
                                                Assistant Federal Defender
                                                Attorney for Defendant
                                                GONZALO PIMENTEL LOPEZ

**O R D E R**

**IT IS SO ORDERED.**  The pretrial release condition requiring the posting of a $5,000 cash bond is hereby modified to require the posting of a $4,000 cash bond.  All other conditions remain in full force and effect.

IT IS SO ORDERED.

Dated:   **August 6, 2015**              **/s/ Gary S. Austin**
                                         UNITED STATES MAGISTRATE JUDGE