HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
VICTOR M. CHAVEZ, CA Bar #113752
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561

Attorneys for Defendant
GONZALO PIMENTEL LOPEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No.  1:15-cr-00205 AWI-BAM |
|---|---|---|
| *Plaintiff*, | ) | |
| | ) | WAIVER OF DEFENDANT'S PERSONAL |
| vs. | ) | PRESENCE;  ORDER THEREON |
| | ) | |
| GONZALO PIMENTEL LOPEZ, | ) | |
| | ) | |
| *Defendant*. | ) | |

Pursuant to Fed. R. Crim. P. 43(b)(3), Defendant, GONZALO PIMENTEL LOPEZ, having been advised of his right to be present at all stages of the proceedings, hereby requests that this Court proceed in his absence on every occasion that the Court may permit, pursuant to this waiver.  Defendant agrees that his interests shall be represented at all times by the presence of his attorney, the Office of the Federal Defender for the Eastern District of California, the same as if Defendant were personally present, and requests that this court allow his attorney-in-fact to represent his interests at all times.  Defendant further agrees that notice to Defendant's attorney that Defendant's presence is required will be deemed notice to the Defendant of the requirement of his appearance at said time and place.

Mr. Pimentel Lopez requests this order because he resides in Bakersfield and it is a financial hardship to travel to court for status conferences.

///

DATED: August 24, 2015          /s/ *Gonzalo Pimentel Lopez*
                                GONZALO PIMENTEL LOPEZ

DATED: August 24, 2015          /s/ *Victor M. Chavez*
                                VICTOR M. CHAVEZ
                                Assistant Federal Defender
                                Attorney for GONZALO PIMENTEL LOPEZ

**O R D E R**

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that Defendant's appearance may be waived at any and all non-substantive pretrial proceedings until further order.

IT IS SO ORDERED.

Dated:   **August 25, 2015**                 /s/ *Barbara A. McAuliffe*
                                             UNITED STATES MAGISTRATE JUDGE