HEATHER E. WILLIAMS, Bar #122664
Federal Defender
VICTOR M. CHAVEZ, Bar #113752
MEGAN T. HOPKINS, Bar #294141
Assistant Federal Defenders
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
GONZALO PIMENTEL LOPEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:15-cr-00205-DAD-BAM |
| *Plaintiff*, | STIPULATION AND ORDER TO CONTINUE TRIAL DATE |
| vs. | |
| GONZALO PIMENTEL LOPEZ, | DATE:   May 16, 2017
TIME:   1:00 p.m.
JUDGE:  Hon. Dale A. Drozd |
| *Defendant*. | |

**IT IS HEREBY STIPULATED** by and between the parties through their respective counsel, Assistant United States Attorney Vincenza Rabenn, counsel for Plaintiff, and Assistant Federal Defenders, Victor M. Chavez and Megan T. Hopkins, counsel for Defendant Gonzalo Pimentel Lopez, that **the trial set for March 21, 2017 at 1:00 p.m., may be continued to May 16, 2017 at 1:00 p.m.  Trial confirmation may be set for May 1, 2017 at 10:00 a.m.**

The reason for this continuance is that defense counsel have identified the need to obtain certain expert services for which additional time is needed.  This need is based on new factual information that was recently brought to counsel's attention.  Defense counsel believe that such expert services are necessary to the adequate presentation of the defense.

The parties agree that this resetting is necessary in order to provide the defendant with the reasonable time necessary for effective preparation taking into account the exercise of due diligence.  Based on the foregoing the parties agree that the ends of justice served by resetting

1  the trial date outweigh the best interest of the public and the defendant in a speedy trial.

2  Therefore the parties agree that time is excludable pursuant to 18 U.S.C. § 3161(h)(7)(A),

3  (B)(iv).

4  Dated:  January 31, 2017                    PHILLIP A. TALBERT
                                                United States Attorney

6                                               */s/ Vincenza Rabenn*
                                                VINCENZA RABENN
7                                               Assistant United States Attorney
                                                Attorney for Plaintiff

9  Dated:  January 31, 2017                    HEATHER E. WILLIAMS
                                                Federal Defender

11                                              */s/ Victor M. Chavez*
                                                VICTOR M. CHAVEZ
12                                              MEGAN T. HOPKINS
                                                Assistant Federal Defenders
13                                              Attorneys for Defendant
                                                GONZALO PIMENTEL LOPEZ

## O R D E R

The Court has reviewed and considered the stipulation of the parties to continue the trial in this case.  Good cause appearing, the trial confirmation hearing as to Gonzalo Pimentel Lopez currently set for March 6, 2017, is continued to **May 1, 2017**, at 10:00am.  The jury trial currently set for March 21, 2017, is continued to **May 16, 2017, at 1:00pm.**  The time period between March 21, 2017 and May 16, 2017 is excluded under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(i) and (iv), in that, based upon the representations of counsel, the court finds the ends of justice served by granting the continuance outweigh the best interest of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

Dated:  **February 1, 2017**                               _____
                                                           UNITED STATES DISTRICT JUDGE