PHILLIP A. TALBERT
United States Attorney
VINCENZA RABENN
LAUREL MONTOYA
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:15-CR-00205-DAD-BAM |
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE TRIAL DATE |
| v. | DATE: August 1, 2017 |
| GONZALO PIMENTAL LOPEZ, | TIME: 1:00 p.m. |
| Defendants. | COURT: Hon. Dale A. Drozd |

IT IS HEREBY STIPULATED by and between the parties through their respective counsel, Assistant United States Attorney Vincenza Rabenn, counsel for Plaintiff, and Assistant Federal Defenders, Victor M. Chavez and Megan T. Hopkins, counsel for Defendant Gonzalo Pimentel Lopez, that the trial set for May 16, 2017 at 1:00 p.m., may be continued to August 1, 2017 at 1:00 p.m. Trial confirmation may be set for July 10, 2017 at 10:00 a.m.

The reason for this continuance is that new factual information has recently been brought to counsel's attention. Defense counsel believes that examination of the new information is necessary to the adequate presentation of the defense. Additionally, in light of the new information, the government has tendered a resolution to the defense, and the defense requires additional time to consider the government's offer.

The parties agree that this resetting is necessary in order to provide the defendant with the reasonable time necessary for effective preparation taking into account the exercise of due diligence.

1

Based on the foregoing the parties agree that the ends of justice served by resetting the trial date outweigh the best interest of the public and the defendant in a speedy trial.

Therefore the parties agree that time is excludable pursuant to 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

Dated: April 19, 2017                    PHILLIP A. TALBERT
                                         United States Attorney


                                   By:   /s/ VINCENZA RABENN
                                         VINCENZA RABENN
                                         Assistant United States Attorney

Dated: April 19, 2017                    HEATHER E. WILLIAMS
                                         Federal Defender


                                   By:   /s/ VICTOR M. CHAVEZ
                                         VICTOR M. CHAVEZ
                                         MEGAN T. HOPKINS
                                         Assistant Federal Defenders
                                         Attorneys for Defendant
                                         GONZALO PIMENTEL
                                         LOPEZ


# O R D E R

The Court has reviewed and considered the stipulation of the parties to continue the trial in this case. Good cause appearing, the trial confirmation hearing as to Gonzalo Pimentel-Lopez currently set for May 1, 2017, is continued to July 10, 2017, at 10:00 am. The jury trial currently set for May 16, 2017, is continued to August 1, 2017, at 1:00pm. The time period between May 16, 2017 and August 1, 2017 is excluded under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(i) and (iv), as the ends of justice served by granting the continuance outweigh the best interest of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

Dated:  __**April 21, 2017**__          _____
                                        UNITED STATES DISTRICT JUDGE