1  HEATHER E. WILLIAMS, Bar #122664
   Federal Defender
2  MEGAN T. HOPKINS, Bar #294141
   VICTOR M. CHAVEZ, Bar #113752
3  Assistant Federal Defenders
   2300 Tulare Street, Suite 330
4  Fresno, CA  93721-2226
   Telephone: (559) 487-5561

   Attorneys for Defendant
   GONZALO PIMENTEL LOPEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:15-cr-00205-DAD-BAM |
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE SENTENCING |
| vs. | |
| GONZALO PIMENTEL LOPEZ, | Date: September 25, 2017<br>Time: 10:00 a.m.<br>Judge: Hon. Dale A. Drozd |
| Defendant. | |

**IT IS HEREBY STIPULATED** by and between the parties through their respective counsel, Assistant United States Attorney, Vincenza Rabenn, counsel for the plaintiff, and Assistant Federal Defenders, Megan T. Hopkins and Victor M. Chavez, counsel for defendant, Gonzalo Pimentel Lopez, that sentencing now set for September 5, 2017 may be continued to **September 25, 2017 at 10:00 a.m.**

Counsel for defendant will be out of the office from August 23, 2017 and returning on September 5, 2017. Additional time is needed to prepare a sentencing memorandum.

//

//

//

//

Respectfully submitted,

PHILLIP A. TALBERT
United States Attorney

Date: August 16, 2017  /s/ Vincenza Rabenn
VINCENZA RABENN
Assistant United States Attorney
Attorney for Plaintiff


HEATHER E. WILLIAMS
Federal Defender

Date: August 16, 2017  /s/ Victor M. Chavez
VICTOR M. CHAVEZ
MEGAN T. HOPKINS
Assistant Federal Defenders
Attorneys for Defendant
Gonzalo Pimentel Lopez

## **O R D E R**

The court has reviewed and considered the stipulation of the parties to continue the sentencing in this case. Good cause appearing, the sentencing hearing as to the above named defendant currently scheduled for September 5, 2017, is continued until September 25, 2017, at 10:00 a.m. in courtroom 5 before District Judge Dale A. Drozd.

IT IS SO ORDERED.

Dated: **August 16, 2017**

UNITED STATES DISTRICT JUDGE