HEATHER E. WILLIAMS, Bar #122664
Federal Defender
VICTOR M. CHAVEZ, Bar #113752
MEGAN T. HOPKINS, Bar #294141
Assistant Federal Defenders
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Counsel for Defendant
GONZALO PIMENTEL-LOPEZ


FILED
SEP 28 2017
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
      DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:15-CR-00205-DAD-BAM |
|---|---|
| Plaintiff, | DEFENDANT'S MOTION TO EXONERATE SURETY AND RETURN PROPERTY; ORDER THEREON |
| vs. | |
| GONZALO PIMENTEL-LOPEZ, | |
| Defendant. | |

This Court sentenced Mr. Pimentel-Lopez on September 25, 2017 to 36 months of probation, payment of a $100.00 Special Assessment, and payment of $1,001.00 in restitution. He was placed on pretrial release ordered by the duty magistrate on August 10, 2015. To secure his release, a $4,000.00 cash deposit was made to the clerk of the court, and Mr. Pimentel-Lopez surrendered his Mexican passport. (Docs. 14, 15 and 16).

| 08/10/2015 | 14 | CASH BOND POSTED as to Gonzalo Pimentel Lopez in amount of $ 4,000.00, Receipt # CAE100029980. (Sant Agata, S) (Entered: 08/10/2015) |
|---|---|---|

| 08/10/2015 | 15 | COLLATERAL RECEIVED as to Gonzalo Pimentel Lopez: Mexico Passport #09831556820 from Gonzalo Pimintel Lopez. (Sant Agata, S) (Entered: 08/10/2015) |
|---|---|---|

/ / /

1

Since no conditions of the bond remain to be satisfied, it is requested the Court order bail exonerated and order that the $4,000.00 and the passport be returned to Mr. Pimentel-Lopez.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

DATED: September 27, 2017

/s/ *Victor M. Chavez*
VICTOR M. CHAVEZ
MEGAN T. HOPKINS
Assistant Federal Defenders
Counsel for Defendant
GONZALO PIMENTEL-LOPEZ

## **ORDER**

The Court finds that Gonzalo Pimentel-Lopez has complied with the conditions of his bond and that no conditions remain to be satisfied.

THEREFORE, IT IS HEREBY ORDERED, bail is exonerated. The Clerk of the Court is directed to return the $4,000.00 posted and the Mexican Passport.

IT IS SO ORDERED.

Dated: **September 28, 2017**

UNITED STATES DISTRICT JUDGE